# EXHIBIT E

KIRBY MCINERNEY LLP
1420 KETTNER BLVD., SUITE 100
SAN DIEGO, CA 92101
858-834-2044
Attorney for: KYLE T. WHITESIDE, INDIVIDUALLY ETC.
Atty. File No.: APPLE

**Electronically Filed
by Superior Court of CA,
County of Santa Clara,
on 4/8/2024 12:00 AM
Reviewed By: R. Fleming
Case #24CV434085
Envelope: 14937722**

SUPERIOR COURT OF CA., COUNTY OF SANTA CLARA

PLAINTIFF    : KYLE T. WHITESIDE, INDIVIDUALLY ETC.
DEFENDANT    : APPLE INC.

Case No. : 24CV434085

**PROOF OF SERVICE OF SUMMONS**

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the  SUMMONS; COMPLAINT; CIVIL CASE COVER SHEET; CIVIL LAWSUIT NOTICE

3. a. Party Served    : APPLE INC.
              C/O 1505 CORPORATION CT CORPORATION SYSTEM
   b. Person Served   : DIANA RUIZ, INTAKE CLERK
              (AUTHORIZED TO ACCEPT SERVICE)

4. Address where the party was served: 330 NORTH BRAND BLVD    SUITE 700
                                       GLENDALE, CA  91203   (Business)

5. I served the party
   a. **by personal service.**  I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party  (1) on  April 4, 2024  (2) at: 12:20 PM

6. The "Notice to the person served" (on the summons) was completed as follows:
   c.  on behalf of:  APPLE INC.
              C/O 1505 CORPORATION CT CORPORATION SYSTEM
       under  [xx]  CCP 416.10  (corporation)

7. **Person who served papers**
   a. GIL LE PERSONNIC
   b. KNOX ATTORNEY SERVICE
       1550 HOTEL CIRCLE NORTH SUITE 440
       SAN DIEGO, CA 92108
   c. 619-233-9700
   d. Fee For Service : $ 161.25
   e. I am
       (3)  a registered California process server
           (i)  an independent contractor
           (ii) Registration No.: 2023113780
           (iii) County: LOS ANGELES,

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date : April 5, 2024

Signature: _____
           GIL LE PERSONNIC

Jud. Coun. form, rule 2.150 CRC
JC Form POS 010 (Rev. January 1, 2007)

**PROOF OF SERVICE**

Ref. No. : 0787631-02